IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAWRENCE ARNOILE, ET AL., | § § § | |
| v. | § § | 4:08cv296 |
| CALIFORNIA DEPARTMENT OF CHILD SUPPORT, ET AL. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 9, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' claims in this matter be dismissed in their entirety for lack of jurisdiction.

The court has made a *de novo* review of the objections raised by Plaintiffs. The court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiffs are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Therefore, Plaintiffs' claims in this matter are DISMISSED in their entirety for lack of jurisdiction.

All motions not previously ruled on are hereby denied.

**IT IS SO ORDERED.**

**SIGNED** this 23rd day of Sept, 2008.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE